No. 98–8070. KHALAF v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8071. NEWMAN v. KRAMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8072. NAUSS v. BRENNAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–8075. JAMES v. UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied.

No. 98–8077. KING v. UPSHAW, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–8078. MAYNE v. MAYNE ET UX. Ct. Sp. App. Md. Certiorari denied.

No. 98–8079. LAYTON v. GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–8080. LARKINS v. AURELIUS, JUDGE, COURT OF COMMON PLEAS OF OHIO, CUYAHOGA COUNTY. Sup. Ct. Ohio. Certiorari denied.

No. 98–8084. MCQUEEN v. STARKE ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–8086. JACKSON v. HARPS ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–8091. WRIGHTSON ET AL. v. SHINGLER ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–8099. STAHLMAN v. WEST VIRGINIA. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 98–8100. RILEY v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8102. SENA v. NEW MEXICO ET AL. C. A. 10th Cir. Certiorari denied.